**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:94-00032-CR-RK |
| | ) | |
| TERRANCE DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION FOR RECONSIDERATON

The Court denied Davis' motion for a reduction in sentence (Doc. 138) on March 30, 2020. Now before the Court is Defendant Terrance Davis' motion for reconsideration of that order. (Doc. 139.) In his present motion, Davis does not set out any additional reasons which would compel a reduction in sentence. Therefore, Davis' motion for reconsideration (Doc. 139) is **DENIED**. The Clerk of Court is directed to mail a copy of this order to Defendant Terrance Davis.

**IT IS SO ORDERED.**


s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: April 15, 2020